**FILED**

SEP – 8 2021

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

UNITED STATES OF AMERICA,        )
                                 )
Plaintiff,                       )
                                 )
v.                               )     **4:21CR00494 MTS**
                                 )
JUSTIN S. YORK,                  )
                                 )
Defendant.                       )

**INFORMATION**

**COUNT I**

The United States Attorney charges that:

On or about December 16, 2020, in the City of St. Louis, within the Eastern District of

Missouri,

**JUSTIN S. YORK,**

the Defendant herein, knowingly possessed a firearm, knowing he had previously been convicted

in a court of law of one or more crimes punishable by a term of imprisonment exceeding one

year, and the firearm previously traveled in interstate or foreign commerce during or prior to

being in the Defendant's possession.

In violation of Title 18, United States Code, Section 922(g)(1).

Respectfully submitted,

SAYLER A. FLEMING
United States Attorney

RODNEY H. HOLMES #6244551(IL)
Assistant United States Attorney
111 South 10th Street, Room 20.333
St. Louis, Missouri    63102
(314) 539-2200

UNITED STATES OF AMERICA          )
EASTERN DIVISION                  )
EASTERN DISTRICT OF MISSOURI      )

    I, Rodney H. Holmes, Assistant United States Attorney for the Eastern District of Missouri,

being duly sworn, do say that the foregoing information is true as I verily believe.

_____
RODNEY H. HOLMES #6244551(IL)

Subscribed and sworn to before me this ____ day of September 2021.

_____
CLERK, U.S. DISTRICT COURT

By: _____
                DEPUTY CLERK